UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE EAST YARD COMMUNITIES FOR ENVIRONMENTAL JUSTICE ET AL., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL., <br><br> Respondents. | Case No. 21–1271 <br><br> MOTION TO GOVERN FURTHER PROCEEDINGS |

Before the Court is a petition for a writ of mandamus, filed by East Yard Communities for Environmental Justice et al. on December 21, 2021, relating to the regulation of emissions from large municipal solid waste incinerators under the Clean Air Act. After the Parties reached an agreement in principle to settle this petition—as well as a related matter in the U.S. District Court for the District of Columbia, *East Yard Communities for Environmental Justice v. EPA*, No. 22-cv-0094 (D.D.C.)—this Court on February 28, 2023 placed the petition matter in abeyance. Doc. No. 1987962.

In June, the Parties reported the lodging of a draft consent decree in the District Court that would resolve both cases, and the opening of a public comment

period on the proposed agreement, required under 42 U.S.C. § 7413(g). *See* 88 Fed. Reg. 38,859 (June 14, 2023).

The public comment period has now closed, and the Parties have moved the District Court to enter the consent decree. ECF 24, *East Yard Communities for Environmental Justice v. EPA*, No. 22-cv-0094 (D.D.C. Sept. 19, 2023). As of the date of this filing, the District Court has not acted on that motion. The Parties therefore ask the Court to continue to hold this matter in abeyance, and to order the Parties to file an additional motion to govern further proceedings within a reasonable time following the District Court's action on the motion for entry of the consent decree.

Respectfully submitted on September 27, 2023,

| | |
|---|---|
| TODD KIM<br>Assistant Attorney General | */s/ Jonathan J. Smith*<br>JONATHAN J. SMITH<br>Earthjustice |
| */s/ Gus Maxwell*<br>GUS MAXWELL<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>999 18th Street; South Terrace, Suite 370<br>Denver, CO 80202<br>(303) 844-1437<br>gustavus.maxwell@usdoj.gov | 48 Wall St., 19th Floor<br>New York, New York 10005<br>212-845-7376<br>jjsmith@earthjustice.org<br><br>*Counsel for Petitioners* |

*Counsel for Respondents*

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

This document complies with the type-volume limit of Fed. R. App. P. 32(c)(1) and 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 241 words.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14 point Times New Roman font.

Respectfully submitted on September 27, 2023,

TODD KIM
Assistant Attorney General

*/s/ Gus Maxwell*
GUS MAXWELL
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 514-0135
gustavus.maxwell@usdoj.gov

*Counsel for Respondents*