# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-1271**                                                                 **September Term, 2022**

**Filed On: January 27, 2023** [1983457]

In re: East Yard Communities for
Environmental Justice, et al.,

        Petitioners

## O R D E R

Upon consideration of the joint motion for extension of respondents' response deadline and petitioners' reply deadline, it is

**ORDERED** that the joint motion be granted.  Respondents' response to the petition for writ of mandamus is now due March 2, 2023, and petitioners' reply is now due April 6, 2023.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                                 BY:     /s/
                                                      James A. Kaiser
                                                      Deputy Clerk